# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GARY DAVIS

NO.  2019 CW 0698

VERSUS

DR. BRYAN BARRETT D/B/A
CENTRAL STAT CARE

OCT 1 8 2019

In Re:    Dr. Bryan Barrett d/b/a Central Stat Care, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 629271.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

JEW
GH

McClendon, J., would not consider the writ.

COURT OF APPEAL, FIRST CIRCUIT

_Rachel L Reed_
DEPUTY CLERK OF COURT
FOR THE COURT